IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-421-RLV-DCK

CADMUS COMMUNICATIONS CORP., A
Division of CENVEO CORPORATION,

    Plaintiff,

v.

JOHN DOE, d/b/a cadnus.com,

    Defendant.

ORDER GRANTING MOTION
FOR ADMISSION *PRO HAC VICE*
OF ALISHA IRENE WYATT

**THIS CAUSE** having come before the Court on motion of local counsel for Plaintiff Cadmus Communications Corp. for admission *pro hac vice* of Alisha Irene Wyatt, and it appearing to the Court under Local Rule 83.1(B) that Ms. Wyatt should be admitted *pro hac vice* as representing Plaintiff Cadmus Communications Corp.

**IT IS THEREFORE ORDERED** that the motion is granted and that Alisha Irene Wyatt is admitted to practice before this Court *pro hac vice*.

Signed: October 7, 2009

David C. Keesler
United States Magistrate Judge