IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-421-RLV-DCK

| | |
|---|---|
| CADMUS COMMUNICATIONS CORP., A Division of CENVEO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, d/b/a cadnus.com,<br><br>Defendant. | ORDER GRANTING MOTION<br>FOR ADMISSION *PRO HAC VICE*<br>OF RICHARD STEVEN BUSCH |

**THIS CAUSE** having come before the Court on motion of local counsel for Plaintiff Cadmus Communications Corp. for admission *pro hac vice* of Richard Steven Busch, and it appearing to the Court under Local Rule 83.1(B) that Mr. Busch should be admitted *pro hac vice* as representing Plaintiff Cadmus Communications Corp.

**IT IS THEREFORE ORDERED** that the motion is granted and that Richard Steven Busch is admitted to practice before this Court *pro hac vice*.

Signed: October 7, 2009

David C. Keesler
United States Magistrate Judge